**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Michael A. Gavitt and Melissa A. Gavitt | No.  10-35986 |
| Debtor | Hon.  Bruce W. Black |

### NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on November 6, 2015, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

            _____/s/ Ross Brand_____

### Certificate of Service

The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Roberta C. Conwell and Glenn B. Stearns on November 6, 2015.

            _____/s/ Ross Brand_____

Ross Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Michael A. Gavitt and Melissa A. Gavitt
4 Hampshire Ct.
Bolingbrook, IL 60440

Glenn B. Stearns
801 Warrenville Road
Lisle, IL 60532

Roberta C. Conwell
13600 Overland Trail
Orland Park, IL 60467